IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EULA MACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-4881 |
| | § | |
| JOHN L. WORTHAM & SON, L.P., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The court's Memorandum and Opinion of today's date grants the defendant's motion for summary judgment. (Docket Entry No. 20). Based on the court's Memorandum and Opinion of today's date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on November 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge